Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V.

Crim. No. 3:98CR00116-001/RV  
Crim. No. 3:05CR66-001/RV

FLOYD SCOTT MOONEY

On March 3, 1999, and December 10, 1999, the above named was sentenced to periods of three (3) and five (5) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Floyd Scott Mooney be discharged from supervised release.

Respectfully submitted,

*Russell A. Szafran*  
Russell A. Szafran  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 29 day of November, 2006.

*Roger Vinson*  
Roger Vinson  
Senior U.S. District Judge

06 NOV 29 PM 2:10

FILED